United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-25-5530 |
| WILCREST VILLAGE WEST CENTER, | § | |
| L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On the plaintiff's notice under Federal Rule of Procedure 41(a)(1)(A)(i), plaintiff's claims

in this case against Wilcrest Village West Center, L.P., are voluntarily dismissed with prejudice.

(Docket Entry No. 12).  Each party is to bear its own costs.

SIGNED on January 20, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge